IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

      Plaintiff,                               No. CIV S-06-0582 LKK DAD P

      vs.

SUPERIOR COURT OF
CALIFORNIA, et al.,

      Defendants.                  ORDER

/

        Plaintiff, a state prisoner or county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete. The certificate portion of the form has not been completed by plaintiff's institution of incarceration, and plaintiff has not attached a certified copy of his trust account statement for the six month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff was written on the form "jail officials refuse to fill out." Plaintiff will be granted thirty days to file a properly completed in forma pauperis application with a certified copy of plaintiff's jail trust account statement. Plaintiff must comply with the jail's procedure for obtaining the necessary certification and a certified trust account statement.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; the application must include certified copies of plaintiff's prison and/or jail trust account statements for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: April 25, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mill0582.3c