IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Plaintiff,                        No. CIV S-06-0582 LKK DAD P

    vs.

SUPERIOR COURT OF
CALIFORNIA, et al.,

    Defendants.                  FINDINGS AND RECOMMENDATIONS

/

        By an order filed May 30, 2006, plaintiff was ordered to submit, within thirty days, evidence that he is not a prisoner as defined in 28 U.S.C. § 1915(h) or, in the alternative, a properly completed in forma pauperis application with certified copies of plaintiff's jail trust account statements for the six month period immediately preceding March 20, 2006. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has failed to submit evidence that he is not a prisoner as defined in 28 U.S.C. § 1915(h), has not filed a properly completed in forma pauperis application with trust account statements, and has not otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
mill0583.fifp