IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Plaintiff,                     No. CIV S-06-0582 LKK DAD P

    vs.

SUPERIOR COURT OF
CALIFORNIA, et al.,

    Defendants.                ORDER

        On March 22, 2007, plaintiff filed a notice of change of address and request for appointment of counsel. This civil rights action was closed on September 11, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

        IT IS SO ORDERED.

DATED: April 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
mill0582.58